UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

BLUEMILE, INC.,

    Plaintiff,

v.

YOURCOLO, LLC,

    Defendant.

Case No. 2:11-CV-00497
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth P. Deavers

## ORDER

The Settlement Conference set for Tuesday December 4, 2012 is hereby rescheduled for **THURSDAY DECEMBER 6, 2012 at 10:30 a.m.** As detailed in the Court's February 2, 2012 Order, both the trial attorneys and the parties or principals with settlement authority must be present at the conference.

**IT IS SO ORDERED.**

\_\_12-4-2012\_\_
DATE

_____
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE